# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR236 |
| vs. | |
| JASON DEBARGE DEVERS, | ORDER |
| Defendant. | |

Defendant Jason Debarge Devers appeared before the court on November 15, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [112]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by senior certified law student Kelsey McDonagh with Assistant U.S. Attorney Kimberly C. Bunjer. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision and the Order Setting Conditions of Release [122].

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 28, 2017, at 9:30 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision and the Order Setting Conditions of Release [122].

Dated this 15th day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge